Tom Harpe Harvey 234-734
JHCC-DI-117-B
Box 548
Lexington Okla 73051

neopost
03/18/2020
US POSTAGE $01.60⁰

ZIP 73051
041L11242468

OFFice of The Clerk
West. Dist of Okla
200 N.W 4th Str. rm 1210
Ok C. Ok, 73102

**RECEIVED**
MAR 19 2020
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY_____
DEPUTY

**LEGAL MAIL**
SD 3-17-20